**FIGHT4FIREDDCP**

**Willie Brewer**
6100 Blair Road, NW
Washington, DC 20011
Phone: (202) 270-3107

December 15, 2009

American Civil Liberties Union
1400 20th Street, NW #119
Washington, D.C. 20036
Phone: (202) 457-0800

To Whom It May Concern:

This letter is written to seek legal representation for a group of wrongfully terminated teachers of the District of Columbia Schools (DCPS). We are completely disappointed in the Washington Teachers' Union misrepresentation, lack of evidence, and flawed legal strategies which ultimately led to a court ruling that DCPS was not required to reinstate us. The Washington Teachers' Union (WTU) legal counsel did not use due diligence in preparing our case with pertinent and relevant documentation and affidavits. WTU's legal counsel failed to argue a strong case and did not meet with the affected 266 teachers. Therefore, Judge Bartnoff's legal ruling, "the court finds that the plaintiff has shown virtually no likelihood of success on the merits of its claim that the Reduction-In-Force (RIF) was not really a RIF and instead should be considered a mass discharge."

We, the wrongfully terminated teachers of the District of Columbia Public Schools, would like to obtain the American Civil Liberties Union's legal support in addressing this matter and other illegal discriminatory practices. Your response to our grave concerns is highly appreciated.

Sincerely,

*Willie B*

Willie Brewer
Fight for Fired DC Personnel

Judge Judith Bartnoff
District of Columbia Superior Court
Moultrie Building, Room 1540
500 Indiana Avenue, N.W.
Washington, D.C. 20001

                Re:    Conflict of Interest by Attorney Lee Jackson
                       (Case # 2009CA007482B)

Dear Judge Bartnoff:

We, the plaintiffs in the case entitled the Washington Teachers Union vs. the D. C. Public Schools, are bringing to your attention a complaint submitted to the District of Columbia Bar concerning professional misconduct on the part of Attorney Lee Jackson.

Mr. Jackson has engaged in conduct that raises serious concerns about conflicts of interest which have caused us to lose control of our case. Therefore, we request a denovo hearing in order to remedy the problem.

A copy of the complaint against Mr. Jackson addressed to the District of Columbia Bar accompanies this letter.

Sincerely yours,

Clients represented by attorney Lee Jackson:

| Printed Name | Signature | Address | E-mail Address |
|---|---|---|---|
| Randy Brown | Brown | 1417 Ames Pl. NE | zeugma01@surfglobal.ne |
| Lelia H. Proctor | Lelia H. Proctor | 1608 Marblewood Ave 20785 | LGC1106@aol.com |
| Beulah Cooper | Beulah T. Cooper | 10002 Timberwood Cty | beulah20747@yahoo.com |
| Willie Brewer | Willie B. | 6100 Blair Rd. NW | williabrewer6100@(illegible).com |
| Brenda D. Eichelberger | Brenda Eichelberger | 4217 Medallion Drive Silver Spring, MD 20904 | brendaeic@verizon.ne |
| Bryan Sweeney | (signature) | 4320 Selkirk Dr. Fairfax, VA 22032 | tpii@me.com |
| Sandra V. Williams | Sandra V. Williams | 847 Barnaby St SE | svwms12100@yahoo.com |

| Name | Signature | Address | Email |
|---|---|---|---|
| MELVIN ANDREWS | [signature] | CAPITOL HGHT MD 20743 | MELLOZREALLY@GMAIL.CO |
| Charles Alexander | [signature] | 4055 Annellen Rd, Balt. MD 21215 | bcharterae@aol. |
| LORRAINE H. DANIEL | Lorraine H. Daniel | 4503-13th St., N.W., Washington, D.C. 20011 | |
| RHONDA R. ROBINSON | [signature] | 2405 Afton Street, Temple Hills MD 20748 | thecollegeladydc@hotmail.com |
| BRENDAN CASSIDY | [signature] | 4613 CALVERT RD, COLLEGE PARK MD 20740 | brendancassidy2003@yahoo.com |
| Rusdi Smith | [signature] | 14 Todd Pl., NE, Washington, DC 20002 | |
| Promilla Gupta | P. Gupta | 3030 K St, NW, Washington, DC 20007 | cbls@cbls.com |
| Betty J. Williams | [signature] | 10112 Collington Campus Dr, Bowie, MD 20721 | summerlights7@gmail.com |
| Adele Lafrance | Odile Lafrance | 6104 Holton Lane, Temple Hill, MD 20748 | dcdella@msn.com |
| Mary Q. Grant | M. C... | 8107 ... | meeg@... |
| Webster Rogers Jr | Webster Rogers Jr | 10201 Lorain Avenue, Silver Spring, MD | websterarogersjr@gmail.com |
| Janne Cotton | Janne Cotton/RB | 12405 Gable Lane, Ft Washington, MD | jannctaylorj@aol.com |
| Renee Meddaugh | Renee Meddaugh/RB | 13413 Wisteria Drive, Germantown, MD 20874 | meddaughr@aol.com |
| Glenda Smith | Glenda Smith/RB | 7710 Willow Hill Drive, Landover, MD 20785 | evang12@mail.com |
| Evonne Clayton | Evonne Clayton/RB | 6200 Westchester Drive #704, College Park, MD 20740 | ebchollywood@live.co |
| Phyllis Lovett | Phyllis Lovett/RB | Alexandria, VA 22310, 4900 Poplar Drive | mlovett00@aol.com |